**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-01505-REB-CBS

SEARS PETROLEUM & TRANSPORT CORP., and
SEARS ECOLOGICAL APPLICATIONS CO., LLC.,

      Plaintiffs,

v.

ARCHER DANIELS MIDLAND COMPANY,
GLACIAL TECHNOLOGIES,
METSS CORP., and
MINNESOTA CORN PROCESSORS, LLC,

      Defendants.

---

## ORDER

---

**Blackburn, J.**

    On September 19, 2005, the parties filed a **Notice of Withdrawal of Motion to Quash and Request for Sanctions** [#8].  After careful review of the notice and the file, the court concludes that the notice should be approved and that **Envirotech Services, Inc.'s Motion to Quash Subpoena** [#1], filed August 8, 2005, should be withdrawn.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Withdrawal of Motion to Quash and Request for Sanctions** [#8] filed September 19, 2005, is **APPROVED**;

    2.  That **Envirotech Services, Inc.'s Motion to Quash Subpoena** [#1], filed August 8, 2005, is **WITHDRAWN**; and

    3.  That each party shall pay its own attorney fees and costs, and any request for

sanctions is **DENIED**.

Dated September 21, 2005, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge